UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LESLIE WEHMEYER, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>KATI ELIZABETH TIKKANEN,<br><br>*Defendant.* | No. 9:23-cv-81010-DMM<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

**[PROPOSED] ORDER**

Having considered Plaintiff's motion to amend the complaint and to temporarily stay the case pending the appearance of USHealth Advisors, LLC in the action, and finding good cause, the motion is GRANTED.

Plaintiff shall file her amended complaint within 2 days of entry of this Order, and all hearings and other deadlines as of October 19, 2023 are suspended until the appearance of USHealth Advisors and entry of a new scheduling order.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this ___ day of ______, 2023.

______________________________
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of record via CM/ECF