UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LESLIE WEHMEYER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>KATI ELIZABETH TIKKANEN, a Florida resident,<br><br>*Defendant.* | Case No. 9:23-cv-81010-DMM<br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

Plaintiff Leslie Wehmeyer and Defendant Kati Elizabeth Tikkanen hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 45 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

DATED this 2nd day of November, 2023.   Respectfully submitted,

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*

**ATHERTON GALARDI MULLEN
& REEDER PLLC**
1641 Worthington Road, Suite 100

1

West Palm Beach, Florida 33409
Telephone: (561) 293-2530
Facsimile: (561) 293-2593

By: /s/ Terence M. Mullen
SCOTT W. ATHERTON
Florida Bar No. 749591
TERENCE M. MULLEN
Florida Bar No. 191957
E-mail: scott@athertonlg.com
terence@athertonlg.com
tracey@athertonlg.com
e-service@athertonlg.com