UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LESLIE WEHMEYER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>KATI ELIZABETH TIKKANEN, a Florida resident, and USHEALTH ADVISORS, LLC, a Texas company,<br><br>*Defendant.* | Case No. 9:23-cv-81010-DMM<br><br>**CLASS ACTION** |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Leslie Wehmeyer and Defendants Kati Elizabeth Tikkanen and USHealth Advisors, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 17th day of November, 2023.   Respectfully submitted,

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff*

**ATHERTON GALARDI MULLEN
& REEDER PLLC**

1

1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone: (561) 293-2530
Facsimile: (561) 293-2593

By: */s/ Terence M. Mullen*
SCOTT W. ATHERTON
Florida Bar No. 749591
TERENCE M. MULLEN
Florida Bar No. 191957
E-mail: scott@athertonlg.com
terence@athertonlg.com
tracey@athertonlg.com
e-service@athertonlg.com

*Attorneys for Defendants*