UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-81010-CV-MIDDLEBROOKS

LESLIE WEHMYER,

    Plaintiff,

v.

KATI ELIZABETH TIKKANEN, and
USHEALTH ADVISORS, LLC,

    Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Stipulation of Dismissal with Prejudice, filed on November 17, 2023.[1] (DE 25). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 20 day of November, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

---

[1] The Parties stipulate to the dismissal of this action with prejudice but only to dismissal as to any other member of the putative class's right to bring claims without prejudice.